**Lewis Roca Rothgerber Christie LLP**
201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

Todd D. Erb (State Bar No. 027122)
Direct Dial: 602.262.5726
Direct Fax: 602.734.3933
Email: terb@lrrc.com
*Attorneys for Defendant Toyota Motor Credit Corporation*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| TERRY VAUGHAN,<br><br>    Plaintiff,<br><br>vs.<br><br>TOYOTA MOTOR CREDIT CORPORATION and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants. | No.<br><br>(Maricopa County Justice Court Case No. CC2017-022430RC)<br><br>**NOTICE OF REMOVAL** |

Defendant Toyota Motor Credit Corporation ("TMCC") hereby removes this action from the McDowell Mountain Justice Court of Maricopa County, Arizona to the United States District Court for the District of Arizona pursuant to Sections 1331 and 1441(a) of Title 28 of the United States Code ("U.S.C."). The removal is based on the following:

**I.  THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. §§ 1331 AND 1441**

1. On February 2, 2017, Plaintiff Terry Vaughan filed a complaint in the McDowell Mountain Justice Court of Maricopa County, Arizona entitled *Terry Vaughan v. Toyota Motor Credit Corporation et al.*, Case No. CC2017-022430RC (hereinafter the "State Court Action"). The Complaint alleges one cause of action for violation of the federal Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 *et seq.* The Complaint, Summons, and other State Court Action documents are attached

100671131_1

hereto, as required by 28 U.S.C. §1446(a). (*See* Ex. A, Justice Court Filings and Declaration of Counsel.)

2. This action is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court pursuant to 28 U.S.C. § 1441(a) in that it is a civil action arising under the laws of the United States, specifically the FCRA.

3. By removing this case to federal court, TMCC does not consent to personal jurisdiction, does not concede that this Court is a convenient forum, and does not waive any of their defenses or objections under Federal Rule of Civil Procedure 12(b) or otherwise.

## II. THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED

1. TMCC was served with the Complaint on February 8, 2017. This Notice of Removal is timely in that it is filed within thirty days after receipt by TMCC of a copy of the initial pleading setting forth the removable claim. *See* 28 U.S.C. § 1446(b).

2. Counsel for TMCC has conferred with co-defendant Experian Information Solutions, Inc. ("Experian"), and Experian consents to the removal of the State Court Action to the United States District Court for the District of Arizona. (Ex. B, Consent of Defendant Experian.)

3. The McDowell Mountain Justice Court of Maricopa County is located within the District of Arizona. Thus, venue is proper in this Court because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

4. In compliance with 28 U.S.C. § 1446(d), TMCC will serve on Plaintiff and will file with the Clerk of the McDowell Mountain Justice Court of Maricopa County a written "Notice to the Clerk and Adverse Parties of Filing of Notice of Removal of Civil Action to Federal Court," attaching a copy of this Notice of Removal and all supporting papers.

5. No previous application has been made for the relief requested herein.

WHEREFORE, TMCC respectfully removes this action from the McDowell Mountain Justice Court of Maricopa County, Arizona, to this Court pursuant to 28 U.S.C. §§ 1331 and 1441.

DATED this 9th day of March, 2017.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/ Todd D. Erb
Todd D. Erb
*Attorneys for Defendant Toyota Motor Credit Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2017, I mailed this document and all attachments to the following:

> Kevin Fallon McCarthy
> Devan E. Michael
> McCarthy Law PLC
> 4250 North Drinkwater Blvd., Ste. 320
> Scottsdale, AZ 85251
>
> *Attorneys for Plaintiff*
>
> Jonathan A. Dessaules
> Dessaules Law
> 5353 N. 16th Street, Suite 110
> Phoenix, Arizona 85016
>
> *Attorneys for Experian Information Solutions, Inc.*

/s/ *June Yourgulez*
LEWIS ROCA ROTHGERBER CHRISTIE LLP

100671131_1

4